SPRAGUE NATIONAL BANK, Appellant, *v.* ERIE RAILROAD. COMPANY, Respondent.

*Sprague Nat. Bank* v. *Erie R. R. Co.*, 40 App. Div. 69, appeal dismissed.
(Argued February 21, 1902; decided February 25, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1899, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and granting a new trial.

*William J. Carr, Edward M. Grout* and *Paul Grout* for appellant.

*F. B. Jennings* for respondent.

Appeal dismissed, with costs; no opinion
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.